IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALSDOSTA DIVISION

| | |
|---|---|
| MORGAN EUGENE ARNOLD III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO.: 7:11-cv-00118-HL |
| ) | |
| UNITED PARCEL SERVICE, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS CAUSE having come before the Court on the parties' Joint Motion to Stay Discovery Pending Ruling on Motion to Dismiss, and the Court having fully considered this Motion, it is hereby ORDERED AND ADJUDGED:

1. Discovery is stayed pending the Court's ruling on UPS's pending Motion to Dismiss; and

2. The parties are not required to submit a proposed joint discovery plan unless and until instructed to do so by further Order of this Court.

DONE AND ORDERED this 24th day of October, 2011.

s/ Hugh Lawson
U.S. DISTRICT COURT JUDGE